# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 21-195V
UNPUBLISHED

| | |
|---|---|
| CHRISTINA LORENZ,<br><br>                    Petitioner,<br><br>v.<br><br> SECRETARY OF HEALTH AND<br> HUMAN SERVICES,<br><br>                    Respondent. | Chief Special Master Corcoran<br><br>Filed: February 9, 2022<br><br>Voluntary dismissal; Order<br>concluding proceedings |

## ORDER CONCLUDING PROCEEDINGS[1]

On January 7, 2021, Christina Lorenz filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa—10 through 34.[2] Petitioner alleged that she suffered a vaccine injury from the influenza vaccination she received on September 13, 2020. ECF no. 1. On November 17, 2021, Petitioner filed a notice of voluntary dismissal.

In light of Petitioner's "notice of dismissal at any time before service of respondent's report" pursuant to Vaccine Rule 21(a)(1)(A), **this case is dismissed without prejudice.** Accordingly, **this Order hereby notifies the Clerk of Court that proceedings "on the merits" of this petition are now concluded, but no judgment "on the merits" should be entered by the Clerk's Office.**

**IT IS SO ORDERED.**

> **s/Brian H. Corcoran**
> Brian H. Corcoran
> Chief Special Master

---

[1] Although I have not formally designated this Order for publication, I am required to post it on the United States Court of Federal Claims' website because it contains a reasoned explanation for the action in this case, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Order will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.